IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEVORIS WILLIAMS, #213941, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-942-WKW |
| | ) | [WO] |
| NURSE WHITESIDE, JUSTIN ODEN, NURSE PARKER, DR. ELLIS, and JOHN CROW, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 19.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 19) is ADOPTED;

2. Defendant John Crow's motion for summary judgment (Docs. # 15, 17) is GRANTED;

3. The motion to dismiss filed by Defendants Whiteside, Parker, Ellis, and Oden (Doc. # 14) is GRANTED for Plaintiff's failure to properly exhaust his administrative remedies;

4. This case is DISMISSED without prejudice under 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust his administrative remedies; and

5. No costs are taxed.

A final judgment will be entered separately.

DONE this 15th day of June, 2017.

                                        /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE